| | |
|---|---|
| 1 | RODGER R. COLE (CSB No. 178865) |
|   | rcole@fenwick.com |
| 2 | FENWICK & WEST LLP |
|   | Silicon Valley Center |
| 3 | 801 California Street |
|   | Mountain View, CA  94041 |
| 4 | Telephone:  650.988.8500 |
|   | Facsimile:   650.938.5200 |

*Attorneys for Defendant Superfish, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HUNTER, individually, and on behalf of all others similarly situated, | Case No.: 5:15-cv-00819-NC |
| *Plaintiff*, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| LENOVO (UNITED STATES), INC., a Delaware corporation, and SUPERFISH, INC., a Delaware corporation, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE that Rodger R. Cole of Fenwick & West LLP hereby enters his appearance on behalf of Defendant Superfish, Inc.

Mr. Cole's email address, for purposes of receipt of notices of electronic filing is, respectively, as follows: rcole@fenwick.com; vpieretti@fenwick.com.

Dated: March 19, 2015  FENWICK & WEST LLP

By: /s/ Rodger R. Cole
RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Defendant Superfish, Inc.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on the 19th day of March, 2015, I caused the foregoing document to be filed with the Court, and have caused a copy to be served on:

| | |
|---|---|
| Rafey S. Balabanian<br>rbalabanian@edelson.com<br>Benjamin H. Richman<br>brichman@edelson.com<br>J. Dominick Larry<br>nlarry@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378<br><br>Samuel M. Lasser<br>slasser@edelson.com<br>EDELSON PC<br>1934 Divisadero Street<br>San Francisco, California 94115<br>Tel: 415.994.9930<br>Fax: 415.776.8047<br><br>**Attorneys for Plaintiff** | ☒ By CM/ECF<br>☐ United States Mail, First Class<br>☐ By Messenger<br>☐ By Facsimile<br>☐ By Overnight Courier<br>☐ By Email |
| Daniel J. Stephenson<br>DYKEMA GOSSETT LLP<br>333 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Phone: (213) 457-1800<br>Fax: (213) 457-1850<br>dstephenson@dykema.com<br><br>**Attorneys for Defendant Lenovo (United States), Inc.** | ☐ By CM/ECF<br>☐ United States Mail, First Class<br>☐ By Messenger<br>☐ By Facsimile<br>☒ By Overnight Courier<br>☒ By Email |