**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STERLING INTERNATIONAL CONSULTING GROUP, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LENOVO (UNITED STATES) INC., LENOVO GROUP LIMITED, and SUPERFISH INC.,<br><br>Defendants. | Case No. 5:15-cv-00807-RMW<br><br>**[] ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (Civil Local Rule 3-12)** |
| This document also relates to:<br><br>THOMAS KIM, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LENOVO (UNITED STATES), INC., and SUPERFISH, INC.,<br><br>Defendants. | Case No. 5:15-cv-01342-HRL |

This matter comes before the Court on plaintiff Sterling International Consulting Group's Unopposed Administrative Motion to Consider Whether Cases Should Be Related, pursuant to Civil Local Rule 3-12, filed on March 26, 2015.

Upon consideration of the foregoing motion, the papers submitted in support, and good cause appearing, the Court hereby GRANTS the motion.

1  IT IS SO ORDERED that *Kim v. Lenovo (Untied States) Inc., et al.*, Case No.
2  5:15-cv-01342-HRL, is related to *Sterling International Consulting Group v. Lenovo*
3  *(United States) Inc., et al.*, Case No. 5:15-cv-00807-RMW, and is assigned to the
4  undersigned Judge.

DATED: _____     _____
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

- 2 -
[] ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
CASE NO. 5:15-CV-00807-RMW